UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

J.P. MORGAN CHASE BANK, N.A.

v.  CA 11-246 ML

M/Y BRITTANY LEIGH II
(O.N. 1073831), in rem, and
JONATHAN P. RAYBURN,
in personam

ORDER

This matter is before the Court on review of a Report and Recommendation issued by Magistrate Judge Almond on August 23, 2011. No objection was filed and the time for doing so has passed. I have reviewed the Report and Recommendation and adopt it in its entirety.

Plaintiff's Motion to Dismiss Count IV of the Marina's Intervenor Complaint (Document No. 16) is hereby GRANTED..

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
September 15, 2011