UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JP MORGAN CHASE BANK, N.A., Plaintiff
and GREENWICH BAY ENTERPRISES, INC.
Plaintiff Intervenor

v.  CA 11-246 ML

M/Y BRITTANY LEIGH II (O.N. 1073831),
her engins, tackle, equipment, and
appurtenances in rem, and
JONATHAN P. RAYBURN, in personam

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Intervenor's Objection to a Report and Recommendation issued by Magistrate Judge Almond on February 15, 2012 (Docket #32). The Court has considered Plaintiff Intervenor's Objection and Magistrate Judge Almond's factual findings and legal conclusions. The Court finds that those findings and conclusions are well supported by the record and they are consistent with pertinent statutory and case law. Accordingly, this Court adopts the Report and Recommendation in its entirety.

Plaintiff Intervenor's Motion for Summary Judgment against Defendant Rayburn is GRANTED as to liability on Count II (implied contract) in the amount of $7991.30 and otherwise DENIED. The Motion for summary Judgment is DENIED as moot as to Count III (unjust enrichment).

The Clerk is directed to enter judgment in favor of Plaintiff Intervenor.

SO ORDERED:


/s/Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
March 12, 2012